IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
(CLARKSBURG DIVISION)

JEAN F. COCHENOUR,

    Plaintiff,

v.

**Civil Action No. _____**
(formerly Circuit Court of Monongalia County, W. Va. Civil Action No. 14-C-681)

ROBERT E. MURRAY
MURRAY ENERGY CORPORATION, a corporation,
and CONSOLIDATION COAL COMPANY, a corporation,

    Defendants.

## AFFIDAVIT OF MICHAEL G. RUBLE

State of Ohio,

County of Belmont, To Wit:

    Michael G. Ruble, having been first duly sworn, does hereby state as follows:

    1.    I am employed by American Energy Corporation as the Corporate Human Resources Director for Murray Energy Corporation.

    2.    At the time of Jean F. Cochenour's discharge on May 25, 2014, her salary was $91,519.65, exclusive of the value of her employee benefits, annually.

_/s/ Michael G. Ruble_
Michael G. Ruble

Taken, subscribed and sworn to before me this 24th day of September, 2014.

My commission expires: _Never_

Notary Public

GARY M. BROADBENT
Notary Public, State of Ohio
My Commission Has No Expiration Date