CASE#: **14-C-681**  Sub Code:  Date Opened: 09/04/2014

JUDGE: RUSSELL M. CLAWGES, JR.

Plaintiff: **JEAN F. COCHENOUR**
vs
Defendant: **ROBERT E. MURRAY**

Pro Attorney: ALLAN N. KARLIN
Def Attorney:

| Page | Date | Memorandum | Account# | Earned | Collected | Balance |
|---|---|---|---|---|---|---|
| 1 | 09/04/2014 | Complaint Filed | | 200.00 | 200.00 | .00 |
| 2 | 09/04/2014 | Clerks fee | | 15.00 | 15.00 | .00 |
| 3 | 09/04/2014 | Process issued - SS | NotCollected | 60.00 | .00 | 60.00 |
| 4 | 09/12/2014 | S/S accepted service of process on behalf of Consolidation Coal | | .00 | .00 | .00 |
| 5 | 09/12/2014 | Company, Murray Energy Corporation & Robert E. Murray on 9/10/14 | | .00 | .00 | .00 |
| | | | **Totals** | **275.00** | **215.00** | **60.00** |

STATE OF WEST VIRGINIA SS:

I, Jean Friend, Clerk of the Circuit Court and Family Court of Monongalia County State aforesaid do hereby certify that the attached Order is a true copy of the original Order made and entered by said Court.

Circuit Clerk