IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

JEAN F. COCHENOUR,

    Plaintiff,

v.

                                                                 Civil Action No. 14-C-681

ROBERT E. MURRAY
MURRAY ENERGY CORPORATION,
a corporation, and CONSOLIDATION
COAL COMPANY, a corporation,

    Defendants.

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, a Notice of Removal of the above-captioned action from the Circuit Court of Monongalia County, West Virginia to the United States District Court for the Northern District of West Virginia, a copy of which is attached hereto as **Exhibit A**, was duly filed in the Office of the Clerk of the United States District Court for the Northern District of West Virginia on September 23, 2014.

                Respectfully submitted,

                **ROBERT E. MURRAY,**
                **MURRAY ENERGY CORPORATION, and**
                **CONSOLIDATED COAL COMPANY,**

                By Counsel

                William E. Robinson (WV State Bar # 3139)
                Dinsmore & Shohl LLP
                P.O. Box 11887
                900 Lee Street, East, Suite 600
                Charleston, WV 25339-1887
                Telephone: (304) 357-0900
                Facsimile: (304) 357-0919
                william.robinson@dinsmore.com

Jacob R. Shaffer (WV State Bar #12025)
Michael J. Moore (WV State Bar #12009)
Dinsmore & Shohl LLP
215 Don Knotts Blvd, Suite 310
Morgantown, WV 26501
Telephone:  (304) 296-1100
Facsimile:  (304) 296-6116
jacob.shaffer@dinsmore.com
michael.moore@dinsmore.com

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

JEAN F. COCHENOUR,

    Plaintiff,

Civil Action No. 14-C-681

v.

ROBERT E. MURRAY
MURRAY ENERGY CORPORATION, a corporation,
and CONSOLIDATION COAL COMPANY, a corporation,

    Defendants.

## CERTIFICATE OF SERVICE

I, William E. Robinson, do hereby certify that the foregoing **Notice of Filing of Notice of Removal** was served via U.S. Mail, postage prepaid, on this the 25th day of September, 2014 to the following:

>Allan N. Karlin, Esquire
>Jane E. Peak, Esquire
>Allan N. Karlin & Associates
>174 Chancery Row
>Morgantown, WV 26505
>*Counsel for Plaintiff*

_____
William E. Robinson (WV State Bar # 3139)