IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
(CLARKSBURG DIVISION)

JEAN F. COCHENOUR,

    Plaintiff,

v.

                                                Civil Action No. 1:14-cv-164
                                               Honorable Irene M. Keeley

ROBERT E. MURRAY and
THE MARION COUNTY COAL COMPANY,

    Defendants.

## AGREED ORDER OF DISMISSAL

Plaintiff Jean F. Cochenour and Defendants Robert E. Murray and The Marion County Coal Company, by their respective counsel, hereby notify the Court that all matters set forth in the above-styled action as to these parties have been settled and agreed upon. By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this action be and hereby is dismissed with prejudice. The Clerk is directed to send a copy of this Order to all counsel of record.

ENTERED this 4th day of August, 2015.

                                                    _____
                                                    Honorable Irene M. Keeley

| Prepared By: | Agreed To By: |
|---|---|
| /s/ William E. Robinson | /s/ Allan N. Karlin |
| William E. Robinson (WV State Bar # 3139) | Allan N. Karlin (WV State Bar # 1953) |
| Dinsmore & Shohl LLP | Jane E. Peak (WV State Bar # 7213) |
| P.O. Box 11887 | Allan N. Karlin & Associates |
| 900 Lee Street, East, Suite 600 | 174 Chancery Row |
| Charleston, WV  25339-1887 | Morgantown, WV 26505 |
| Telephone   (304) 357-0900 | Telephone  (304) 296-8266 |
| Facsimile    (304) 357-0919 | Facsmile    (304) 296-8640 |
| william.robinson@dinsmore.com | *Counsel for Plaintiff* |

John E. Jevicky  (admitted *Pro Hac Vice*)
Dinsmore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202
Telephone  (513) 977-8301
Facsimile   (513) 977-8141
john.jevicky@dinsmore.com

Jacob R. Shaffer (WV State Bar #12025)
Michael J. Moore (WV State Bar #12009)
Dinsmore & Shohl LLP
215 Don Knotts Blvd, Suite 310
Morgantown, WV 26501
Telephone  (304) 296-1100
Facsimile   (304) 296-6116
jacob.shaffer@dinsmore.com
michael.moore@dinsmore.com
*Counsel for Defendants*